**Electronically Filed
Supreme Court
SCWC-24-0000622
14-OCT-2025
08:00 AM
Dkt. 15 ODAC**

SCWC-24-0000622

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR NEW CENTURY
ALTERNATIVE MORTGAGE LOAN TRUST 2006-ALT2,
Respondent/Plaintiff-Appellee,

vs.

DANIEL JOSEPH SPENCE and ELAINE DUMLAO SPENCE,
Petitioners/Defendants-Appellants,

and

WILMINGTON SAVINGS FUND SOCIETY, FSB,
NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE
FOR EASTERN SAT TRUST; MILILANI TOWN ASSOCIATION,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000622; CASE NO. 1CC141000573)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Nichols, assigned by reason of vacancy)

Petitioners/Defendants-Appellants Daniel Joseph Spence and
Elaine Dumlao Spence's application for writ of certiorari filed
on August 19, 2025, is rejected.

DATED:  Honolulu, Hawai'i, October 14, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Steven R. Nichols

